| UNITED STATES DISTRICT COURT | | | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:07-CR-43 |
| | § | |
| PRESTON LAMAR FRENCH | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and having received Defendant's waiver of right to object and waiver of right to be present and speak at sentencing, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of three (3) months with thirty-three (33) months of supervised release to follow. Defendant shall reside in a residential reentry center or similar facility, in a community convictions component for a period of 120 days to commence upon release from confinement and shall observe the rules of that facility. It is also recommended that Defendant be housed in the Bureau of Prisons, Seagoville Unit. It is further

**ORDERED** that within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. It is further

**ORDERED** that the defendant pay restitution in the amount of $139,408. The restitution is due immediately, payable by cashier's check or money order, to the United States District Court and forwarded to the United States District Clerk's Office, P.O. Box 570, Tyler, Texas 75710.

It is further **ORDERED** that while on supervised release, the defendant shall not commit another federal, state, or local crime, and shall comply with the standard conditions that have been adopted by the Court, and shall comply with the following additional conditions:

> The defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring restitution payments.
>
> The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless payment of any financial obligation ordered by the Court has been paid in full.
>
> The defendant shall not participate in any form of gambling unless payment of any financial obligation ordered by the Court has been paid in full.
>
> Under the guidance and direction of the U.S. Probation Office, the defendant shall participate in any combination of psychiatric, psychological, or mental health treatment as deemed appropriate by the treatment provider.
>
> The defendant shall abstain from the consumption of alcohol and all other intoxicants during the term of supervision.
>
> The defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer.

SIGNED at Sherman, Texas, this 16th day of March, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE